

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00308-CR

Quinton **COX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-10-00139-CRK
Honorable H. Paul Canales, Judge Presiding

# O R D E R

After having received two extensions of time to file appellant's brief, appellant has filed a request to order court reporter Amy Guillen to file her portion of the reporter's record. The only hearing counsel identifies in his brief for which a record has not been filed is the hearing on appellant's motion for new trial. We grant appellant's motion as follows:

1) If appellant desires a record of any hearing or proceeding other than the motion for new trial, we order appellant to notify the court reporter and this court in writing by Wednesday November 7, 2018. The notice must specify the date(s) of the hearing(s) for which a record is requested.

2) We order court reporter Amy Guillen to file, by November 30, 2018, the record of the hearing on the motion for new trial and of any other proceeding timely and specifically requested by counsel. No further extensions of time will be granted.

3) We order appellant's brief due thirty days after the record of the motion for new trial and any other timely and specifically requested hearing is filed in this court. No further extensions of time will be granted.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.



_____
Keith E. Hottle
Clerk of Court